

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00564-CV

**IN THE ESTATE OF WADE R. BEDELL,** Jr., Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-0636
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant's Motion of Extension of Time to File Amended Brief is GRANTED.  The appellant's amended brief is due on February 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

Keith E. Hottle
Clerk of Court